**UNITED STATES DISTRICT COURT**

**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| **JAY CONNOR,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LEADS EDGE, LLC., KRISTINA PENWARDEN INDIVIDUALLY, AND JOHN DOE'S 1 - 10,**<br><br>**Defendants** | **ANSWER OF KRISTINA PENWARDEN**<br><br>**Civil Action No. 2:26-cv-03278-JD-MGB** |

1. The individual who received legal pleadings on August 20, 2026, did not have authority to accept service of process on behalf of Kristina Penwarden.
2. Each and every allegation in every paragraph contained in Plaintiff's Complaint is DENIED, and strict proof thereof is demanded.
3. Plaintiff requests a jury trial.

Respectfully submitted,

Kristina Penwarden , Pro Se
2615 Devine Street
Columbia, SC 29205

Columbia, SC
September 9, 2026