Kristina Penwarden
2615 Devine Street
Columbia, SC 29205

RCVD - USDC COLA SC
SEP 9 '26 PM4:29

September 9, 2026

Clerk of Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street, Columbia, SC 29201

Re: Connor v. Leads Edge, LLC., et al,
Civil Action No. 2-26-cv-03278-JD-MGB

Dear Clerk of Court:

Enclosed for filing please find the Answer of Defendant Kristina Penwarden and proof of service upon Plaintiff.

Sincerely,

Kristina Penwarden, pro se

Encl.