CLERK OF COURT
UNITED STATES DISTRICT COURT
P.O. BOX 835
CHARLESTON, SOUTH CAROLINA 29402

OFFICIAL BUSINESS

CHARLESTON SC 294
16 SEP 2026 AM

$0.74 US POSTAGE IMI FIRST-CLASS 063S0012969387 FROM 29402

$0.04 US POSTAGE IMI FIRST-CLASS 063S0012969387 FROM 29401

RECEIVED
USDC CLERK, CHARLESTON, SC
2026 NOV 17 A 9:20

ITEM X RAYED BY USMS
11/17

NIXIE 296 DE 1 0011/12/26
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 29402083535 *1717-00927-16-26

29402>0835
29205-250715

Kristina Penwarden
2815 Devine Street
Columbia, SC 29205

RECEIVED
USDC CLERK, CHARLESTON, SC
2026 NOV 17 A 9:21